Jennifer E. Duggan, SBN: 183833
jennifer@dugganmchugh.com
Christina Bucci Hamilton, SBN: 292047
christina@dugganmchugh.com
DUGGAN McHUGH LAW CORPORATION
641 Fulton Ave., Suite 100
Sacramento, CA 95825
Telephone:	916.550.5309
Facsimile:	916.404.5900

Attorneys for Defendant
ASAD ELIAS SILHI

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MASONIC TEMPLE ASSOCIATION OF SACRAMENTO, a California Corporation; ASAD ELIAS SILHI<br><br>　　　　Defendants. | Case No. 2:21-cv-01424-TLN-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))**<br><br>**Complaint Filed:**　August 9, 2021<br>**Trial:**　Not Yet Set |

### STIPULATION AND REQUEST TO EXTEND TIME TO
### FILE A RESPONSE TO INITIAL COMPLAINT

Pursuant to Local Rule 144(a) and Federal Rules of Civil Procedure Rule 6, Plaintiff BRIAN WHITAKER ("Plaintiff"), and Defendant ASAD ELIAS SILHI ("Defendant") by and through their respective attorneys of record, jointly stipulate as follows:

WHEREAS, Defendant was personally served with Plaintiff's Complaint on September 15, 2021.

WHEREAS, Defendant retained counsel on October 6, 2021.

IT IS HEREBY STIPULATED THAT:

1.　Defendant is granted to extend the time to file a responsive pleading to the initial complaint by an additional 28 days from October 6, 2021 to November 3, 2021;

DUGGAN McHUGH LAW CORPORATION
641 FULTON AVE., SUITE 100
SACRAMENTO, CA 95825
916.550.5309

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))

1.

2. Defendant's responsive pleading shall be due on November 3, 2021;

3. The reason for the requested enlargement of time is to allow Defendant's counsel requisite time to familiarize itself with the lawsuit in order to submit a responsive pleading;

4. No prior modifications have been made in the case by stipulation or by Court order;

5. The requested time modification should have no effect on the overall schedule for the case

IT IS SO STIPULATED.

Dated: October 8, 2021  **DUGGAN McHUGH LAW CORPORATION**

By: /s/ Jennifer Duggan
Jennifer E. Duggan
Christina Bucci Hamilton
Attorneys for Defendant,
ASAD ELIAS SILHI

Dated: October 8, 2021  **POTTER HANDY LLP**

By: /s/ Amanda Seabock
Amanda Seabock
Prathima Price
Dennis Price
Attorneys for Plaintiff,
BRIAN WHITAKER

Duggan McHugh Law Corporation
641 Fulton Ave., Suite 100
Sacramento, CA 95825
916.550-5309

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))

2.

**ORDER**

GOOD CAUSE APPEARING, Defendant, ASAD ELIAS SILHI has until **November 3, 2021** to file and serve a responsive pleading to Plaintiff BRIAN WHITAKER'S Complaint.

**Dated**: October 8, 2021

Troy L. Nunley
United States District Judge

DUGGAN MCHUGH
LAW CORPORATION
641 FULTON AVE., SUITE 100
SACRAMENTO, CA 95825
916.550.5309

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))

3.